UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLORIA PLASCENCIA-DE HARO,

    Plaintiff,

    v.

ERIC H. HOLDER, et al.,

    Defendants.

Case No. 14-cv-03058-HSG

**ORDER EXTENDING DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT**

Re: Dkt. No. 18

On February 26, 2015, Defendants moved to extend by sixty days their February 26, 2015 deadline to file a motion for summary judgment. Dkt. No. 18. That request is **DENIED**.

However, the Court will **GRANT** Defendants a three-week extension to file their motion for summary judgment. Defendants' new deadline is March 19, 2015. If the parties' negotiations during this period suggest a further extension would be productive, the parties may request a further extension of time. Any additional request for an extension should both describe the status of the parties' negotiations (i.e., whether progress is being made) and estimate the time required to reach a resolution. The parties are directed to submit any further requests for an extension no less than three days before the deadline to file.

**IT IS SO ORDERED.**

Dated: 3/2/2015

                Haywood S. Gilliam, Jr.
                United States District Judge