BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
JEFFREY S. ROBINS
Assistant Director
HANS H. CHEN
Trial Attorney
United States Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-4469, Facsimile: (202) 305-7000
Email: hans.h.chen@usdoj.gov

ATTORNEYS FOR DEFENDANTS

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA PLASCENCIA-DE HARO, ) | No. 3:14-cv-03058 |
| ) | |
| Plaintiff, ) | **STIPULATED REQUEST FOR** |
| ) | **ORDER CHANGING DATE OF** |
| v. ) | **MOTION HEARING** |
| ) | |
| ERIC H. HOLDER, JR., Attorney ) | |
| General of the United States, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pursuant to Local Rule 6-3, Plaintiff Gloria Plascencia-de Haro ("Plascencia") and Defendants Eric H. Holder, Jr., et al. ("Defendants," and with Plascencia, the "Parties") file this stipulated request for the Court to change the date of the hearing on Defendants' Motion to Dismiss and for Partial Summary

STIPULATED REQUEST FOR ORDER
CHANGING DATE OF MOTION HEARING
NO. 3:14-CV-03058                    -1-

UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION
OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 868
WASHINGTON, DC 20044
202-307-4469

Judgment (ECF No. 22) from August 20, 2015, to September 3, 2015.  In support of this Stipulation, and as set forth in the accompanying declaration of Hans H. Chen, the Parties state as follows:

This is an immigration case arising under the Administrative Procedure Act, 5 U.S.C. § 701, in which Plaintiff challenges the denial by United States Citizenship and Immigration Services of Plaintiff's application for adjustment of status to permanent residence.  Plaintiff also seeks to enjoin United States Immigration and Customs Enforcement from removing Plaintiff pursuant to an order of voluntary departure issued in 1994.

On April 2, 2015, Defendants filed a Motion to Dismiss for Lack of Jurisdiction and for Partial Summary Judgment and noticed the hearing for June 4, 2015.  (ECF No. 22.)

Pursuant to Local Rule 7-3(a), Plaintiff filed her opposition to the Motion to Dismiss on April 16, 2015.  (ECF No. 23.)  In her opposition, Plaintiff noted that she would file her opposition to the Motion for Partial Summary Judgment by May 4, 2015, pursuant to the summary judgment deadlines established in the Court's July 7, 2014, Immigration Mandamus Case Procedural Order.  (ECF No. 5.)

On May 4, 2015, before filing her summary judgment response, Plaintiff filed a Motion to Stay Proceedings Pending a Decision in *Texas, at al. v. United States*.  (ECF No. 26.)  Defendants opposed that motion and cross-moved for a continuance of the June 4, 2015, hearing on Defendants' Motion to Dismiss and for Partial Summary Judgment.  (ECF No. 31.)

On May 22, 2015, the Court directed Plaintiff to respond to Defendants' Motion for Partial Summary Judgment by June 4, 2015, vacated the June 4, 2015, hearing date on Defendants' Motion to Dismiss and for Partial Summary Judgment, and noted that it would determine whether to set a hearing on Plaintiff's

STIPULATED REQUEST FOR ORDER
CHANGING DATE OF MOTION HEARING
NO. 3:14-CV-03058                                    -2-

UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION
OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 868
WASHINGTON, DC 20044
202-307-4469

Motion to Stay Proceedings and on Defendants' Motion to Dismiss and for Partial Summary Judgment after briefing was complete. (ECF Nos. 32, 33.)

With no hearing date set on Defendants' Motion to Dismiss and for Partial Summary Judgment, counsel for Defendants made plans for out-of-town travel with family on August 19, 2015, and for the week following.

On August 10, 2015, the Court set a hearing on Defendant's Motion to Dismiss and for Partial Summary Judgment for August 20, 2015, at 2:00 p.m.[1]

As noted above, counsel for Defendants has personal travel plans that conflict with the hearing date that the Court set on August 10, 2015. In light of that conflict, Defendants seek a change in time in the hearing date to September 3, 2015.

In an email dated August 10, 2015, counsel for Plaintiff stated that Plaintiff would stipulate to a request to change the date of the hearing on Defendant's Motion to Dismiss and for Partial Summary Judgment from August 20, 2015, to September 3, 2015. Undersigned counsel for Defendants attests he has on file all holographic signatures corresponding to any signatures indicated by a conformed signature ("*/s/*") within this Stipulated Request.

In addition to the Plaintiff's Motion to Stay Proceedings and Defendants' Cross-Motion to continue the June 4, 2015, hearing date, previous time modifications in this case consist of the following:

On September 25, 2014, the parties stipulated to extend the time for Defendants to answer or otherwise respond to the Complaint so that Plaintiff could file an amended complaint to account for additional administrative action that had occurred since the filing of her original complaint. (ECF No. 10.) On September 29, 2014, the Court endorsed the stipulation. (ECF No. 11.)

---

[1] The Court has not yet ruled on whether it will set a hearing on Plaintiff's Motion to Stay Proceedings.

STIPULATED REQUEST FOR ORDER
CHANGING DATE OF MOTION HEARING
NO. 3:14-CV-03058                    -3-

UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION
OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 868
WASHINGTON, DC 20044
202-307-4469

1    On March 2, 2015, the Court granted in part and denied in part Defendants'
2 February 26, 2015, unopposed motion to extend their February 26, 2015, deadline
3 to file their motion for summary judgment until and including April 27, 2015.
4 (ECF No. 18.)  The Court's March 2, 2015, order granted Defendants until and
5 including March 19, 2015, to file their motion for summary judgment.  (ECF No.
6 19.)
7    On March 20, 2015, Defendants filed a second unopposed motion to extend
8 their time to file their motion for summary judgment  (ECF No. 20.)  On March 20,
9 2015, the Court granted Defendants the motion and granted Defendants until and
10 including April 2, 2015, to file their motion for summary judgment.  (ECF No. 21.)
11    Other than delay by two weeks the hearing on Defendants' Motion to
12 Dismiss and for Partial Summary Judgment, this requested time modification will
13 have no effect on the schedule for the case.
14    Thus, for good cause shown, Defendants stipulate and request that the Court
15 change the date of the hearing on Defendants' Motion to Dismiss and for Partial
16 Summary Judgment from August 20, 2015, until September 3, 2015.

17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED REQUEST FOR ORDER
CHANGING DATE OF MOTION HEARING
NO. 3:14-CV-03058                    -4-

UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION
OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 868
WASHINGTON, DC 20044
202-307-4469

| | |
|---|---|
| Dated: August 12, 2015 | Respectfully submitted, |
| LAW OFFICE OF<br>ROBERT L. LEWIS | BENJAMIN C. MIZER<br>Principal Deputy<br>Assistant Attorney General<br>Civil Division |
| */s/ Kevin Michael Crabtree*<br>KEVIN MICHAEL CRABTREE<br>428 13th Street 7th Floor<br>Oakland, California 94612<br>(510) 834-1288<br>(510) 834-0431 (facsimile)<br>crabtree@immigrantdefense.com | WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation<br>District Court Section |
| ATTORNEYS FOR PLAINTIFF | JEFFREY S. ROBINS<br>Assistant Director |
| | */s/ Hans H. Chen*<br>HANS H. CHEN<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 307-4469<br>(202) 305-7000 (facsimile)<br>hans.h.chen@usdoj.gov |
| | ATTORNEYS FOR DEFENDANTS |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 13, 2015

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATED REQUEST FOR ORDER CHANGING DATE OF MOTION HEARING
NO. 3:14-CV-03058    -5-

UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION
OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 868
WASHINGTON, DC 20044
202-307-4469

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2015, I filed the foregoing document and any exhibits and attachments thereto with the Clerk of the Court through the Court's ECF system and that the foregoing document will be served electronically upon registered participants identified on the Notice of Electronic Filing.

Dated: August 12, 2015
/s/ Hans H. Chen
HANS H. CHEN
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section

ATTORNEYS FOR DEFENDANTS

STIPULATED REQUEST FOR ORDER
CHANGING DATE OF MOTION HEARING
NO. 3:14-CV-03058                          -6-

UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION
OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 868
WASHINGTON, DC 20044
202-307-4469