UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA PLASCENCIA-DE HARO,<br><br>Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, et al.,<br><br>Defendants. | Case No. 14-cv-03058-HSG<br><br>**ORDER TO SHOW CAUSE** |

On May 4, 2015, Plaintiff filed a motion to stay proceedings pending a decision in the Fifth Circuit case *State of Texas v. United States.* Dkt. No. 26. Defendants opposed the motion. Dkt. No. 31. On September 3, 2015, the Court heard argument on Defendants' motions to dismiss and for summary judgment and took those matters under submission. Dkt. No. 40.

In light of the Supreme Court's recent grant of certiorari in *United States of America, et al. v. State of Texas, et al.*, No. 15-674, the parties are ordered to show cause why this case should not be stayed pending issuance of the Supreme Court's decision. Each party may file a response of no more than 10 pages by February 5, 2016. Neither party is permitted to respond to the other party's brief once filed: each party has the opportunity to file a single brief by February 5 at the latest.

**IT IS SO ORDERED.**

Dated: 1/26/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge