BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
JEFFREY S. ROBINS
Assistant Director
HANS H. CHEN
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
P.O. Box 868, Washington, DC 20044
Tel: (202) 307-4469; Fax: (202) 305-7000
hans.h.chen@usdoj.gov
ATTORNEYS FOR DEFENDANTS

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA PLASCENCIA-DE HARO,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States, et al.,<br><br>    Defendants. | No. 3:14-cv-03058<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE** |

Pursuant to Local Rules 6-2 and 7-12, Plaintiff Gloria Plascencia-De Haro ("Haro") and Defendants Eric H. Holder, Jr., et al. ("Defendants" and collectively with Plaintiff, the "Parties") stipulate as follows:

This is an immigration case arising under the Administrative Procedure Act, 5 U.S.C. § 701, in which Plaintiff challenges the denial by United States

STIPULATION
NO. 3:14-CV-03058                          -1-

UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION
OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 868
WASHINGTON, DC 20044
202-307-4469

Citizenship and Immigration Services of Plaintiff's application for adjustment of status to permanent residence. Plaintiff also seeks to enjoin United States Immigration and Customs Enforcement from removing Plaintiff pursuant to an order of voluntary departure issued in 1994.

On April 2, 2015, Defendants filed a Motion to Dismiss for Lack of Jurisdiction and for Partial Summary Judgment. (ECF No. 22.) On May 4, 2015, Plaintiff filed a motion to stay proceedings pending a decision in the Fifth Circuit case of *State of Texas v. United States*, No. 15-40238 (5th Cir.). (ECF No. 26.) Defendants opposed Plaintiff's motion. (ECF No. 31.) On September 3, 2015, the Court heard argument on Defendants' motion to dismiss and for summary judgment and took the pending motions under submission. (ECF No. 40.)

On January 26, 2016, the Court issued an Order to Show Cause directing the Parties to address "why this case should not be stayed pending issuance of the Supreme Court's decision" in *United States of America, et al. v. State of Texas, et al.*, No. 15-674. (ECF No. 41.) The order directed the Parties to respond by February 5, 2016.

The Parties respectfully request and stipulate to an order extending the Parties' time to respond to the Order to Show Cause by fourteen days, from February 5, 2016, until and including February 19, 2016. Defendants require that extension due to recent inclement weather that closed the offices of Defendants' counsel for several days before and after the Court issued its Order to Show Cause, followed by several days of travel by Defendants' counsel to Los Angeles for a court hearing in an unrelated matter.

This requested time modification will have no effect on the schedule for this case.

In an email dated February 3, 2016, counsel for Plaintiff stated that Plaintiff would stipulate to a request to extend the Parties' time to respond to the Order to

STIPULATION
NO. 3:14-CV-03058                                                    -2-

UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION
OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 868
WASHINGTON, DC 20044
202-307-4469

1  Show Cause, from February 5, 2016, until and including February 19, 2016.
2  Undersigned counsel for Defendants attests he has on file all holographic
3  signatures corresponding to any signatures indicated by a conformed signature
4  ("*/s/*") within this Stipulation.
5    In addition to this Stipulation, previous time modifications in this case
6  consist of the following:
7    On September 25, 2014, the parties stipulated to extend the time for
8  Defendants to answer or otherwise respond to the Complaint so that Plaintiff could
9  file an amended complaint to account for additional administrative action that had
10 occurred since the filing of her original complaint.  (ECF No. 10.)  On September
11 29, 2014, the Court endorsed the stipulation.  (ECF No. 11.)
12   On March 2, 2015, the Court granted in part and denied in part Defendants'
13 February 26, 2015, unopposed motion to extend their February 26, 2015, deadline
14 to file their motion for summary judgment until and including April 27, 2015.
15 (ECF No. 18.)  The Court's March 2, 2015, order granted Defendants until and
16 including March 19, 2015, to file their motion for summary judgment.  (ECF No.
17 19.)
18   On March 20, 2015, Defendants filed a second unopposed motion to extend
19 their time to file their motion for summary judgment  (ECF No. 20.)  On March 20,
20 2015, the Court granted Defendants the motion and granted Defendants until and
21 including April 2, 2015, to file their motion for summary judgment.  (ECF No. 21.)
22   On August 12, 2015, the Parties stipulated to continue the hearing date on
23 Defendants' Motion to Dismiss and for Partial Summary Judgment from August
24 20, 2015, to September 3, 2015.  (ECF No. 38.)  On August 13, 2015, the Court
25 endorsed the stipulation.  (ECF No. 39.)
26   Thus, for the reasons set forth above and for good cause show, the Parties
27 request and stipulate to an order extending the Parties' time to respond to the Order
28

STIPULATION
No. 3:14-cv-03058                            -3-

UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION
OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 868
WASHINGTON, DC 20044
202-307-4469

to Show Cause by fourteen days, from February 5, 2016, until and including February 19, 2016.

Dated:  February 4, 2016               Respectfully submitted,

| | |
|---|---|
| LAW OFFICE OF<br>ROBERT L. LEWIS | BENJAMIN C. MIZER<br>Principal Deputy<br>Assistant Attorney General |
| */s/ Kevin Michael Crabtree*<br>KEVIN MICHAEL CRABTREE<br>428 13th Street 7th Floor<br>Oakland, California 94612<br>(510) 834-1288<br>(510) 834-0431 (facsimile)<br>crabtree@immigrantdefense.com | WILLIAM C. PEACHEY<br>Director, Office of Immigration Litigation<br>District Court Section<br><br>JEFFREY S. ROBINS<br>Assistant Director<br><br>*/s/ Hans H. Chen*<br>HANS H. CHEN<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Washington, DC 20044<br>Telephone: (202) 307-4469<br>Facsimile: (202) 305-7000<br>hans.h.chen@usdoj.gov<br><br>ATTORNEYS FOR DEFENDANTS |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  February 5, 2016         _____
                                                       HON. HAYWOOD S. GILLIAM, JR.
                                                       United States District Judge

STIPULATION
No. 3:14-cv-03058                                    -4-

UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION
OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 868
WASHINGTON, DC 20044
202-307-4469

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2016, I filed the foregoing document and any exhibits and attachments thereto with the Clerk of the Court through the Court's ECF system and that the foregoing document will be served electronically upon registered participants identified on the Notice of Electronic Filing.

Dated: February 5, 2016        */s/ Hans H. Chen*
                               HANS H. CHEN
                               Trial Attorney
                               United States Department of Justice
                               Civil Division
                               Office of Immigration Litigation
                               District Court Section

                               ATTORNEYS FOR DEFENDANTS

STIPULATION
No. 3:14-cv-03058                      -5-

UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION
OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 868
WASHINGTON, DC 20044
202-307-4469